USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/5/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**THE UNITED STATES OF AMERICA,**

**-against-**

**JENIZA GRACIELA ARDINES JAMES,**

**Defendant.**

---------------------------------------------------------------X

**25-MJ-2675 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The Court has obtained a copy of Defendant's RAP sheet record. The parties are directed to appear in Courtroom 5A, 500 Pearl Street, New York, New York in advance of today's 11:00 a.m. proceedings to obtain and review a copy of the RAP sheet record.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED: September 5, 2025
New York, New York