UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-               25-MJ-2675 (SN)

JENIZA GRACIELA ARDINES JAMES,       **ORDER**

    **Defendant.**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/2025

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the Defendant's guilty plea and sentence imposed on Friday, September 5, 2025, the United States Marshals Service is ORDERED to release the Defendant from custody.

**SO ORDERED**.

                                          SARAH NETBURN
                                          United States Magistrate Judge

DATED:     September 5, 2025
               New York, New York