UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

-against-                                                    25-MJ-2675 (SN)

JENIZA GRACIELA ARDINES JAMES,                               **ORDER**

**Defendant.**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2025

**SARAH NETBURN, United States Magistrate Judge**:

  The Defendant appeared before the Court and waived venue pursuant to Federal Rule of Criminal Procedure 58(c)(2)(B). Accordingly, the Clerk of Court for the Southern District of New York is respectfully directed to notify the Clerk of Court for the Western District of Texas that Case No. EP-25-M-1058-RFC has been transferred to this Court.

**SO ORDERED**.

SARAH NETBURN
United States Magistrate Judge

DATED: September 15, 2025
    New York, New York