UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-                                                  25-MJ-2675 (SN)

JENIZA GRACIELA ARDINES JAMES,               **ORDER**

         **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

On or about March 14, 2025, a criminal complaint was filed in the United States District Court for the Western District of Texas, charging the Defendant JENIZA GRACIELA ARDINES JAMES with one count of improper entry by an alien, 8 U.S.C. § 1325(a)(1), a Class B misdemeanor.

On September 5, 2025, the Defendant appeared in the United States District Court for the Southern District of New York. The Defendant voluntarily waived venue in the Western District of Texas and consented to the transfer of the case to the Southern District of New York. The Defendant further entered a plea of guilty and was sentenced in accordance with the judgment. **SO ORDERED**.

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:       September 15, 2025
                   New York, New York